B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                              Case No. _____

Four Walls Group LLC _____     Chapter **7** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 8,125,000.00 | | |
| B - Personal Property | Yes | 3 | $ 6.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 7,292,776.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 9,402.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 3,827,302.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 26 | $ 8,125,006.00 | $ 11,129,480.92 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Four Walls Group LLC                                                    Case No. _____

_____
Debtor(s)                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1710 Hillside**<br>**McHenry, IL 60051** | | | **290,000.00** | **292,000.00** |
| **303 Barrington Rd**<br>**Wauconda, IL 60084** | | | **205,000.00** | **151,837.50** |
| **9 lots - Lincoln Hills Subdivision**<br>**McHenry, IL** | | | **630,000.00** | **1,900,000.00** |
| **Fairway Haven Townhomes Development**<br>**1156 Livingston**<br>**Highland Park, IL 60035** | **Fee Simple ownership of partially completed townhome development** | | **7,000,000.00** | **4,038,938.72** |
| | | **TOTAL** | **8,125,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07)**

IN RE **Four Walls Group LLC** _____    Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking: Chase** | J | 6.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Four Walls Group LLC** _____   Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against CenTrust Bank for breach of construction loan contract | J | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Four Walls Group LLC**
_____    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 6.00 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Four Walls Group LLC**                                             Case No. _____
                  Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Four Walls Group LLC                    Case No. _____

_____                  _____
Debtor(s)                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Archer Bank**<br>**Foley & Lardner LLP**<br>**321 N Clark St Ste 2800**<br>**Chicago, IL  60610** | X | | **9 lots - Lincoln Hills Subdivision McHenry, IL**<br><br>VALUE $ **630,000.00** | | | | **1,900,000.00** | **1,270,000.00** |
| ACCOUNT NO. **5000739**<br>**CenTrust Bank NA**<br>**385 Waukegan Rd**<br>**Northbrook, IL  60062** | X | | **Construction loan on Fairway Haven Townhome Development**<br><br>VALUE $ **7,000,000.00** | | | | **3,638,938.72** | |
| ACCOUNT NO.<br>**Plante & Moran**<br>**225 W Washington Suite 2700**<br>**Chicago, IL 60606** | | | **Assignee or other notification for: CenTrust Bank NA**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **00880043420**<br>**Libertyville Bank & Trust Co**<br>**507 N Milwaukee Ave**<br>**Libertyville, IL  60048** | X | | **303 Barrington Rd Wauconda, IL 60084**<br><br>VALUE $ **205,000.00** | | | | **151,837.50** | |

_____ **1** continuation sheets attached

Subtotal (Total of this page) $ **5,690,776.22** | $ **1,270,000.00**

Total (Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Four Walls Group LLC** _____    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Niew Money Group**<br>**100 Tower Dr Ste 127**<br>**Burr Ridge, IL  60527** | X | H | **2nd loan Highland Park**<br>**Lien on Fairway Haven Townhome**<br>**Development**<br><br>VALUE $ **7,000,000.00** | | | X | **400,000.00** | |
| ACCOUNT NO.<br><br>**Sun Trust Bank**<br>**PO Box 4418**<br>**Atlanta, GA  30302** | X | H | <br><br>VALUE $ | | | | **910,000.00** | **910,000.00** |
| ACCOUNT NO. 0697670750<br><br>**Washington Mutual**<br>**PO Box 100576**<br>**Florence, SC  29501** | X | | **1710 Hillside**<br>**Mchenry, IL 60051**<br><br>VALUE $ **290,000.00** | | | | **292,000.00** | **2,000.00** |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,602,000.00**　$ **912,000.00**

Total (Use only on last page) $ **7,292,776.22**　$ **2,182,000.00**

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Four Walls Group LLC** _____    Case No. _____
                    Debtor(s)                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **4** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Four Walls Group LLC

Debtor(s)                                                    Case No. _____
                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16-15-314-012** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-022** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-011** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-016** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **456.22** | **456.22** | |
| ACCOUNT NO. **16-15-314-030** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-032** **Lake County Clerk 18 N County St #101 Waukegan, IL 60085** | | | **Sold Real Estate Taxes** | | | | **751.13** | **751.13** | |

Sheet no. ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **3,032.55** $ **3,032.55** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ ___ $ ___

IN RE **Four Walls Group LLC**                                    Case No. _____
_____
Debtor(s)                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16-15-314-023** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-026** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-007** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-005** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-006** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-017** **Lake County Clerk 18 N County St #101 Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **437.65** | **437.65** | |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **2,719.15** | $ **2,719.15** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Four Walls Group LLC**                                             Case No. _____
_____                                         _____
                  Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16-15-314-010** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-009** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-025** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-031** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-021** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-008** <br> **Lake County Clerk** <br> **18 N County St #101** <br> **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |

Sheet no. ___**3**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **2,737.80**   $ **2,737.80**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $                          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Four Walls Group LLC** _____    Case No. _____
                          Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16-15-314-004** **Lake County Clerk** **18 N County St #101** **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. **16-15-314-024** **Lake County Clerk** **18 N County St #101** **Waukegan, IL  60085** | | | **Sold Real Estate Taxes** | | | | **456.30** | **456.30** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **912.60** | $ **912.60** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **9,402.10** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **9,402.10** | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Four Walls Group LLC**                                                   Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5477-5333-2051-0012**<br><br>**Advanta Bank Corp**<br>**PO Box 30715**<br>**Salt Lake City, UT  84130** | X | | | | | | **12,652.65** |
| ACCOUNT NO. **3715-376776-32004**<br><br>**American Express**<br>**PO Box 297879**<br>**Ft. Lauderdale, FL  33329** | X | W | | | | | **19,626.64** |
| ACCOUNT NO.<br><br>**Zwicker & Assoc. PC**<br>**80 Minuteman Rd**<br>**Andover, MA  01810** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO. **8474698182801**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL  60507** | X | | | | | | **342.42** |

_**7**_ continuation sheets attached

Subtotal
(Total of this page)    $   **32,621.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**

Debtor(s)                                      Case No. _____

                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alliant Law Group, P.C.**<br>**2860 Zanker Rd. Ste 105**<br>**San Jose, CA  95134** | | | **Assignee or other notification for:**<br>**AT&T** | | | | |
| ACCOUNT NO.<br>**Avalche Excavating**<br>**1933 Maplewood Dr.**<br>**Northbrook, IL  60062** | X | | | | | | 20,000.00 |
| ACCOUNT NO. **fourwalls**<br>**Berger Excavating Contractors, Inc**<br>**103 Washinton**<br>**Wauconda, IL  60084** | X | | | | | | 188,109.52 |
| ACCOUNT NO.<br>**Bleck Engineering Company, Inc.**<br>**1375 N Western Ave**<br>**Lake Forest, IL  60045** | X | | | | | | 21,000.00 |
| ACCOUNT NO.<br>**C.H.L Equiptment**<br>**476 Meetinghouse Rd**<br>**Souderton, PA  18964** | | | | | | | 325,000.00 |
| ACCOUNT NO. **4802-1321-7742-3145**<br>**Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL  60197** | X | | | | | | 6,393.52 |
| ACCOUNT NO. **Four Walls**<br>**Carrara Stone Systems Of Chicago, LLC**<br>**675 Tower Rd**<br>**Mundelein, IL  60060** | X | | | | | | 9,344.89 |

Sheet no. _____**1**____ of _____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **569,847.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**                                         Case No. _____
_____
                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0506PUD004**<br>**City Of Highland Park**<br>**1150 Half Day Rd**<br>**Highland Park, IL  60035** | X | H | | | | | **2,180.41** |
| ACCOUNT NO. **8798101120152405**<br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA  19398** | X | | 8797101120152454 | | | | **551.21** |
| ACCOUNT NO.<br>**Covers Concrete**<br>**2719 Crystal Way**<br>**Crystal Lake, IL  60012** | X | | | | | | **110,000.00** |
| ACCOUNT NO.<br>**Robert J. Wagner**<br>**Covers Concrete**<br>**108 N Walkup Ave**<br>**Crystal Lake, IL  60014** | | | Assignee or other notification for: **Covers Concrete** | | | | |
| ACCOUNT NO.<br>**Covers Nursery & Landscape**<br>**2008 Barreville**<br>**McHenry, IL  60050** | | | | | | | **90,000.00** |
| ACCOUNT NO.<br>**Custom Design Plumbing**<br>**509 Deer Run**<br>**Fox Lake, IL  60020** | X | | | | | | **64,000.00** |
| ACCOUNT NO.<br>**EDR, Inc**<br>**PO Box 72102**<br>**Roselle, IL  60172** | X | | | | | | **294.21** |

Sheet no. _____**2**___ of _____**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **267,025.83**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **56281086**<br>**Edward Hines Lumber Co**<br>**2nd Ave & Main St**<br>**North Chicago, IL  60064** | X | | | | | | **33,661.53** |
| ACCOUNT NO.<br>**First National Bank Of Jasper**<br>**320 20th St W**<br>**Jasper, AL  35210** | X | | | | | | **78,000.00** |
| ACCOUNT NO.<br>**Gail Wittenberg**<br>**227 Brorronton Rd**<br>**Wauconda, IL  60084** | | | | | | | **365,000.00** |
| ACCOUNT NO. **3715-376776-32004**<br>**GC Services Limited Partnership**<br>**10040 N 25th Ave Ste 200**<br>**Phoenix, AZ  85021** | X | | | | | | **19,056.85** |
| ACCOUNT NO.<br>**Hartwig Lumber And Heating**<br>**20800 E. Brink St**<br>**Harvard, IL  60033** | | | | | | | **284,900.00** |
| ACCOUNT NO. **08-9-000179**<br>**HH Homes Testing Laboratories Inc**<br>**170 Shepard Ave**<br>**Wheeling, IL  60090** | X | | | | | | **425.00** |
| ACCOUNT NO.<br>**Hines Edward Lumber Co**<br>**39 E.Belvidere Rd**<br>**Hainesville, IL  60030** | | | | | | | **28,000.00** |

Sheet no. ____**3**__ of ____**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **809,043.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5588-8000-0700-8008** <br> **Home Depot Credit Services** <br> **PO Box 6029** <br> **The Lakes, NV  88901** | X | | | | | | **19,504.32** |
| ACCOUNT NO. **511100155008** <br> **John Wlodarski** <br> **2220 S Misty Ct** <br> **New Berlin, WI  53151** | | | | | | | **100,000.00** |
| ACCOUNT NO. <br> **American Arbitration Association** <br> **13455 Noel Rd Ste 1750** <br> **Dallas, TX  75240** | | | **Assignee or other notification for:** <br> **John Wlodarski** | | | | |
| ACCOUNT NO. <br> **The Coffey Law Office** <br> **1403 E Forest Ave** <br> **Wheaton, IL  60187** | | | **Assignee or other notification for:** <br> **John Wlodarski** | | | | |
| ACCOUNT NO. <br> **Laurence Dunlap M Ltd** <br> **14047 W Petronella Dr** <br> **Libertyville, IL  60048** | X | | | | | | **32,000.00** |
| ACCOUNT NO. <br> **Lawrence Lucas** <br> **36268 N Tera At** <br> **Ingleside, IL  60041** | X | | | | | | **30,000.00** |
| ACCOUNT NO. <br> **M.E. Group Inc** <br> **PO Box 10** <br> **Delmar, AL  35551** | X | | | | | | **400,000.00** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **581,504.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**                                                     Case No. _____
_____                                            _____
            Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mercury Construction**<br>**28 W. 421 Ratavia Rd.**<br>**Warrenville, IL  60555** | X | | | | | | 98,000.00 |
| ACCOUNT NO. **50009**<br>**Michaels Exteriors LLC**<br>**368 W Liberty St Ste D**<br>**Wauconda, IL  60084** | X | | | | | | 294.00 |
| ACCOUNT NO. **004804134-013876176**<br>**National Construction Rentals**<br>**15319 Chatsworth St**<br>**Mission Hills, CA  91345** | X | | | | | | 4,908.43 |
| ACCOUNT NO. **102660100017**<br>**National Construction Rentals**<br>**1894 Plain**<br>**Aurora, IL  60502** | X | | | | | | 6,114.14 |
| ACCOUNT NO. **33475409778**<br>**Nicor**<br>**PO Box 310**<br>**Aurora, IL  60507** | X | | **72632117189** | | | | 9,631.34 |
| ACCOUNT NO.<br>**Nursery & Landscaping**<br>**2008 Barreville**<br>**McHenry, IL  60050** | X | | | | | | 90,000.00 |
| ACCOUNT NO.<br>**Overhead Door Co. Of Lake County**<br>**128 E. Main St**<br>**Round Lake, IL  60073** | | | | | | | 4,400.00 |

Sheet no. ____**5**__ of ____**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **213,347.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Four Walls Group LLC**

_____          Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **37402**<br>**Overhead Door Of Lake & McHenry Cty**<br>**212 W St. Charles Rd**<br>**Villa Park, IL  60181** | X | | | | | | 5,380.00 |
| ACCOUNT NO.<br>**Raffinato Partners, Inc**<br>**1801 S Mayers Rd**<br>**Oakbrook, IL  60181** | X | | | | | | 75,000.00 |
| ACCOUNT NO. **511100155008**<br>**Richard Kosc**<br>**462 E Dunlay St**<br>**Wood Dale, IL  60191** | | | | | | | 100,000.00 |
| ACCOUNT NO.<br>**American Arbitration Association**<br>**13455 Noel Rd Ste 1750**<br>**Dallas, TX  75240** | | | **Assignee or other notification for:**<br>**Richard Kosc** | | | | |
| ACCOUNT NO.<br>**The Coffey Law Office**<br>**1403 E Forest Ave**<br>**Wheaton, IL  60187** | | | **Assignee or other notification for:**<br>**Richard Kosc** | | | | |
| ACCOUNT NO. **0020016007041848969**<br>**Spring Grove Heating & Cooling**<br>**PO Box 3212**<br>**Evansville, IN  47731** | X | | | | | | 13,000.00 |
| ACCOUNT NO.<br>**Spring Grove Heating And Cooling**<br>**3001 N. NS Route 12**<br>**Spring Grove, IL  60081** | | | | | | | 23,600.00 |

Sheet no. ___**6**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **216,980.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Four Walls Group LLC
_____    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stock Building Supply**<br>**40 Porter Dr.**<br>**Round Lake, IL  60073** | X | | | | | | 62,000.00 |
| ACCOUNT NO. **FOUR WALLS**<br>**Stone Systems Of Chicago**<br>**675 Tower Rd**<br>**Mundelein, IL  60060** | X | | | | | | 9,344.89 |
| ACCOUNT NO.<br>**Underground Contractors**<br>**2105 Millspond Rd**<br>**Crystal Lake, IL  60014** | | | **Highland Park** | | | | 32,468.00 |
| ACCOUNT NO. **005793-000**<br>**Village Of Wauconda**<br>**101 N Main St**<br>**Wauconda, IL  60084** | X | | | | | | 118.63 |
| ACCOUNT NO.<br>**Wauconda Community Bank**<br>**495 W Liberty St**<br>**Wauconda, IL  60084** | X | | | | | | 158,000.00 |
| ACCOUNT NO.<br>**Wells Fargo Financial**<br>**7001 Crestwood Blvd**<br>**Birmingham, AL  35210** | X | | | | | | 875,000.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **7** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,136,931.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **3,827,302.60**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Four Walls Group LLC**                                         Case No. _____
_____                              _____
                    Debtor(s)                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CenTrust Bank**<br>**385 Waukegan Rd**<br>**Northbrook, IL 60062** | **Construction loan contract** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** **Four Walls Group LLC** _____    Case No. _____
               Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Raymond Walls**<br>**1050 Jessica Dr**<br>**Wauconda, IL  60084** | **Advanta Bank Corp**<br>**PO Box 30715**<br>**Salt Lake City, UT  84130**<br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL  60507**<br><br>**Spring Grove Heating & Cooling**<br>**PO Box 3212**<br>**Evansville, IN  47731**<br><br>**Berger Excavating Contractors, Inc**<br>**103 Washinton**<br>**Wauconda, IL  60084**<br><br>**Bleck Engineering Company, Inc.**<br>**1375 N Western Ave**<br>**Lake Forest, IL  60045**<br><br>**Capital One**<br>**PO Box 5294**<br>**Carol Stream, IL  60197**<br><br>**Edward Hines Lumber Co**<br>**2nd Ave & Main St**<br>**North Chicago, IL  60064**<br><br>**GC Services Limited Partnership**<br>**10040 N 25th Ave Ste 200**<br>**Phoenix, AZ  85021**<br><br>**HH Homes Testing Laboratories Inc**<br>**170 Shepard Ave**<br>**Wheeling, IL  60090**<br><br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV  88901**<br><br>**Libertyville Bank & Trust Co**<br>**507 N Milwaukee Ave**<br>**Libertyville, IL  60048**<br><br>**National Construction Rentals**<br>**15319 Chatsworth St**<br>**Mission Hills, CA  91345**<br><br>**Nicor**<br>**PO Box 310** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) – Cont.

IN RE __Four Walls Group LLC__ _____    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Aurora, IL  60507 |
| | City Of Highland Park<br>1150 Half Day Rd<br>Highland Park, IL  60035 |
| | EDR, Inc<br>PO Box 72102<br>Roselle, IL  60172 |
| | Washington Mutual<br>PO Box 100576<br>Florence, SC  29501 |
| | Comcast<br>PO Box 3002<br>Southeastern, PA  19398 |
| | Carrara Stone Systems Of Chicago, LLC<br>675 Tower Rd<br>Mundelein, IL  60060 |
| | Michaels Exteriors LLC<br>368 W Liberty St Ste D<br>Wauconda, IL  60084 |
| | Overhead Door Of Lake & McHenry Cty<br>212 W St. Charles Rd<br>Villa Park, IL  60181 |
| | American Express<br>PO Box 297879<br>Ft. Lauderdale, FL  33329 |
| | Archer Bank<br>Foley & Lardner LLP<br>321 N Clark St Ste 2800<br>Chicago, IL  60610 |
| | CenTrust Bank NA<br>385 Waukegan Rd<br>Northbrook, IL  60062 |
| | Stone Systems Of Chicago<br>675 Tower Rd<br>Mundelein, IL  60060 |
| | Village Of Wauconda<br>101 N Main St<br>Wauconda, IL  60084 |
| | Niew Money Group<br>100 Tower Dr Ste 127<br>Burr Ridge, IL  60527 |
| | Sun Trust Bank<br>PO Box 4418<br>Atlanta, GA  30302 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Four Walls Group LLC
_____                                    Case No. _____
Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **M.E. Group Inc**<br>PO Box 10<br>Delmar, AL  35551<br><br>**First National Bank Of Jasper**<br>320 20th St W<br>Jasper, AL  35210<br><br>**Wells Fargo Financial**<br>7001 Crestwood Blvd<br>Birmingham, AL  35210<br><br>**Wauconda Community Bank**<br>495 W Liberty St<br>Wauconda, IL  60084<br><br>**Raffinato Partners, Inc**<br>1801 S Mayers Rd<br>Oakbrook, IL  60181<br><br>**Custom Design Plumbing**<br>509 Deer Run<br>Fox Lake, IL  60020<br><br>**Covers Concrete**<br>2719 Crystal Way<br>Crystal Lake, IL  60012<br><br>**Nursery & Landscaping**<br>2008 Barreville<br>McHenry, IL  60050<br><br>**Laurence Dunlap M Ltd**<br>14047 W Petronella Dr<br>Libertyville, IL  60048<br><br>**Lawrence Lucas**<br>36268 N Tera At<br>Ingleside, IL  60041<br><br>**National Construction Rentals**<br>1894 Plain<br>Aurora, IL  60502<br><br>**Mercury Construction**<br>28 W. 421 Ratavia Rd.<br>Warrenville, IL  60555<br><br>**Avalche Excavating**<br>1933 Maplewood Dr.<br>Northbrook, IL  60062<br><br>**Stock Building Supply**<br>40 Porter Dr.<br>Round Lake, IL  60073 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Four Walls Group LLC _____   Case No. _____
                                      Debtor(s)                                                (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                             Debtor

Date: _____   Signature: _____
                                                   (Joint Debtor, if any)
                                             [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer                           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Four Walls Group LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April  9, 2009** _____   Signature: ***/s/ Roger Walls*** _____

                              **Roger Walls** _____
                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

**Four Walls Group LLC** _____    Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 0.00 | 2008 loss |
| 0.00 | 2009 loss |
| 0.00 | 2007 loss |

---

### 2. Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Custom Design plumbing, Inc. vs. Tradeline Building Group, et al. 07 LA 212** | **Collection** | **McHenry County** | |
| **Archer Bank vs Four Walls Group LLC 07 CH 1052** | **Foreclosure** | **McHenry County** | **Judgment** |
| **Centrust Bank NA vs Four Walls Group LLC 08 CH 4601** | **Foreclosure** | **Lake County** | |
| **John Wlodarski and Richard Kosc vs Four Walls Group LLC and Raymond Walls 511100155008** | **Arbitration** | **American arbitration Assn.** | |
| **Reinhart Foodservice LLV vs Four Walls Group LLc and Raymond Walls 08 CV 3803** | **Collection** | **Milwaukee County, WI** | |
| **Nikolai Baibus vs Raymond Walls 13-B276-100** | **Personal injury** | **Lake County** | **Pending** |
| **Libertyville Bank & Trust Co vs Four Walls Group LLC 08 CH 4921** | **Collection** | **Lake County** | **Judgment** |
| **Webster Bank vs Four Walls Group, LLC and Lawrence Lucas 08 CH 1677** | **Collection** | **McHenry County** | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Idlas**<br>**1099 N. Corporate Circle Ste K**<br>**Grayslake, IL  60030** | **Roger Walls** | **1,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Archer Bank** | **Checking acct** | **Closed Nov. 2008** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Archer Bank** | **Nov 2008** | **23,800.00** |

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1050 Jessica Dr., Wauconda, IL** | **Four Walls Group LLC** | **Dec 08 - present** |
| **303 Barrington Rd., Wauconda, IL** | **Four Walls Group LLC** | **2006 - Dec 2008** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Four Walls Group LLC** | **32-0162848** | **303 Barrington Rd Wauconda, IL  60084** | **Construction** | **2006 - present** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐    keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Linda Walls** | **2006 - present** |
| **1050 Jessica Dr** | |
| **Wauconda, IL  60084** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☐    and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Raymond Walls** | **2006 - present** |
| **1050 Jessica Dr** | |
| **Wauconda, IL  60084** | |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐    debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Raymond Walls**
**1050 Jessica Dr**
**Wauconda, IL  60084**

None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐    within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **CenTrust Bank** | |
| **Wauconda Community Bank** | |
| **Archer Bank** | |

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑    dollar amount and basis of each inventory.

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐    or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Roger Walls** | **Managing member** | **100%** |
| **1050 Jessica Dr** | | |
| **Wauconda, IL  60084** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April  9, 2009**                    Signature: */s/ Roger Walls*

                              **Roger Walls,**

                                                                          Print Name and Title

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                    **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                      Case No. _____

Four Walls Group LLC_____    Chapter **7**_____
                          Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**60**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **April  9, 2009**_____    **/s/ Roger Walls**_____
                                      Debtor


                                      _____
                                      Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Four Walls Group LLC
1050 Jessica Dr
Wauconda, IL  60084

Bleck Engineering Company, Inc.
1375 N Western Ave
Lake Forest, IL  60045

Custom Design Plumbing
509 Deer Run
Fox Lake, IL  60020


Law Office of Paul R. Idlas
1099 N. Corporate Cir.
Grayslake, IL  60030

C.H.L Equiptment
476 Meetinghouse Rd
Souderton, PA  18964

EDR, Inc
PO Box 72102
Roselle, IL  60172


Advanta Bank Corp
PO Box 30715
Salt Lake City, UT  84130

Capital One
PO Box 5294
Carol Stream, IL  60197

Edward Hines Lumber Co
2nd Ave & Main St
North Chicago, IL  60064


Alliant Law Group, P.C.
2860 Zanker Rd. Ste 105
San Jose, CA  95134

Carrara Stone Systems Of Chicago, LLC
675 Tower Rd
Mundelein, IL  60060

First National Bank Of Jasper
320 20th St W
Jasper, AL  35210


American Arbitration Association
13455 Noel Rd Ste 1750
Dallas, TX  75240

CenTrust Bank
385 Waukegan Rd
Northbrook, IL  60062

Gail Wittenberg
227 Brorronton Rd
Wauconda, IL  60084


American Express
PO Box 297879
Ft. Lauderdale, FL  33329

CenTrust Bank NA
385 Waukegan Rd
Northbrook, IL  60062

GC Services Limited Partnership
10040 N 25th Ave Ste 200
Phoenix, AZ  85021


Archer Bank
Foley & Lardner LLP
321 N Clark St Ste 2800
Chicago, IL  60610

City Of Highland Park
1150 Half Day Rd
Highland Park, IL  60035

Hartwig Lumber And Heating
20800 E. Brink St
Harvard, IL  60033


AT&T
PO Box 8100
Aurora, IL  60507

Comcast
PO Box 3002
Southeastern, PA  19398

HH Homes Testing Laboratories Inc
170 Shepard Ave
Wheeling, IL  60090


Avalche Excavating
1933 Maplewood Dr.
Northbrook, IL  60062

Covers Concrete
2719 Crystal Way
Crystal Lake, IL  60012

Hines Edward Lumber Co
39 E.Belvidere Rd
Hainesville, IL  60030


Berger Excavating Contractors, Inc
103 Washinton
Wauconda, IL  60084

Covers Nursery & Landscape
2008 Barreville
McHenry, IL  60050

Home Depot Credit Services
PO Box 6029
The Lakes, NV  88901

John Wlodarski
2220 S Misty Ct
New Berlin, WI  53151

Nicor
PO Box 310
Aurora, IL  60507

Spring Grove Heating & Cooling
PO Box 3212
Evansville, IN  47731

Lake County Clerk
18 N County St #101
Waukegan, IL  60085

Niew Money Group
100 Tower Dr Ste 127
Burr Ridge, IL  60527

Spring Grove Heating And Cooling
3001 N. NS Route 12
Spring Grove, IL  60081

Laurence Dunlap M Ltd
14047 W Petronella Dr
Libertyville, IL  60048

Nursery & Landscaping
2008 Barreville
McHenry, IL  60050

Stock Building Supply
40 Porter Dr.
Round Lake, IL  60073

Lawrence Lucas
36268 N Tera At
Ingleside, IL  60041

Overhead Door Co. Of Lake County
128 E. Main St
Round Lake, IL  60073

Stone Systems Of Chicago
675 Tower Rd
Mundelein, IL  60060

Libertyville Bank & Trust Co
507 N Milwaukee Ave
Libertyville, IL  60048

Overhead Door Of Lake & McHenry Cty
212 W St. Charles Rd
Villa Park, IL  60181

Sun Trust Bank
PO Box 4418
Atlanta, GA  30302

M.E. Group Inc
PO Box 10
Delmar, AL  35551

Plante & Moran
225 W Washington Suite 2700
Chicago, IL  60606

The Coffey Law Office
1403 E Forest Ave
Wheaton, IL  60187

Mercury Construction
28 W. 421 Ratavia Rd.
Warrenville, IL  60555

Raffinato Partners, Inc
1801 S Mayers Rd
Oakbrook, IL  60181

Underground Contractors
2105 Millspond Rd
Crystal Lake, IL  60014

Michaels Exteriors LLC
368 W Liberty St Ste D
Wauconda, IL  60084

Raymond Walls
1050 Jessica Dr
Wauconda, IL  60084

Village Of Wauconda
101 N Main St
Wauconda, IL  60084

National Construction Rentals
15319 Chatsworth St
Mission Hills, CA  91345

Richard Kosc
462 E Dunlay St
Wood Dale, IL  60191

Washington Mutual
PO Box 100576
Florence, SC  29501

National Construction Rentals
1894 Plain
Aurora, IL  60502

Robert J. Wagner
Covers Concrete
108 N Walkup Ave
Crystal Lake, IL  60014

Wauconda Community Bank
495 W Liberty St
Wauconda, IL  60084

**Wells Fargo Financial**
**7001 Crestwood Blvd**
**Birmingham, AL  35210**

**Zwicker & Assoc. PC**
**80 Minuteman Rd**
**Andover, MA  01810**

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                       Case No. _____

**Four Walls Group LLC** _____ Chapter **7** _____
                                Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,500.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **1,500.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><b>April  9, 2009</b><br>Date</td><td><i>/s/ Paul R. Idlas</i><br><br><b>Paul R. Idlas<br>Law Office of Paul R. Idlas<br>1099 N. Corporate Cir.<br>Grayslake, IL  60030</b></td></tr>
</table>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only